UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cr-54 |
| | ) | Judge Mattice/Steger |
| RASHAD AKEEME NORWOOD | ) | |

**O R D E R**

On June 29, 2016, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation recommending: (a) the Court accept Defendant's plea of guilty to a lesser included offense within Count One of the Superseding Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in a lesser included offense within Count One of the Superseding Indictment; and (c) Defendant remain in custody pending sentencing in this matter (Doc. 22). Neither party filed an objection within the allotted fourteen day period. After reviewing the record, the Court agrees with Judge Steger's Report and Recommendation. Accordingly, the Court ACCEPTS and ADOPTS the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). It is therefore

ORDERED:

1. Defendant's plea of guilty to a lesser included offense within Count One of the Superseding Indictment is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in a lesser included offense within Count One of the Superseding Indictment; and

3. Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **October 17, 2016, at 9:00 a.m.**

**ENTER:**

                                              */s/ Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                              UNITED STATES DISTRICT JUDGE